IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

Tsaddig Ndesha Chew,
    Petitioner,

v.

UNITED STATES OF AMERICA
    Respondent

4:15CR00182-1

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE.

Now Comes, the Defendant Tsaddig N. Chew prose, in light of Rehaif v. US 139 S. CT 2191 AND Johnson v. US 135 S. CT 2551 Respectfully requesting this Honorable Court to Vacate, Set Aside, or Correct Sentence.

Wherefore, in Consideration of the foregoing, The defendant respectfully prays that this honorable Court Vacates, Set Aside, or Corrects Sentence.

ON this __16th__ day of June 2020

*/s/ Tsaddiq Chew*

Tsaddiq Ndesha Chew
Reg. No. # 19599-021 A-4/#2142
F.C.I. Bennettsville
P.O. Box # 52020
Bennettsville, SC. 29512

-cr-00182-WTM-CLR   Document 33   Filed 06/23/20

COLUMBIA SC 290
17 JUN 2020 PM 2 L

RECEIVED

U.S. Marshals Service
Savannah Georgia

OFFICE OF THE CLERK
UNITED STATES DISTRICT
COURT
SOUTHERN DISTRICT OF GEORGIA
P.O. BOX #8286
Savannah, GA. 31412

31412-828605

ISADDIQ NDESHIA CHEW
#19599-021  A-4/#214-L
Bennettsville Federal
Correctional Institution
P.O. Box #52020
Bennettsville, SC. 29512

FEDERAL CORRECTIONAL INST.
696 MUCKERMAN RD. BENNETTSVILLE, S.C. 29512
DATE 6/17/2020
THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSED CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.