TRULINCS 19599021 - CHEW, TSADDIQ NDESHA - Unit: BEN-A-D

------------------------------------------------------------------------------------

FROM: 19599021
TO: Warden
SUBJECT: ***Request to Staff*** CHEW, TSADDIQ, Reg# 19599021, BEN-A-D
DATE: 09/20/2020 06:16:26 PM

To: NANETTE BARNES
Inmate Work Assignment: DORM ORDERLY

I WOULD LIKE FOR YOU TO FILE A MOTION 3852 (C)(1)(A) ON MY BEHALF CONCERNING COVID19. I SUFFER FROM BRONCHITIS, I HAD A HEART ATTACK AT THE AGE OF 22, AND I HAVE PREVIOUSLY BEEN DIAGNOSED WITH TUBERCULOSIS, MOST IMPORTANTLY. MY IMMUNE SYSTEM HAS BEEN COMPROMISED. UPON RELEASE I WILL RESIDE WITH MY SIGNIFICANT OTHER ; JOLISA WASHINGTON @ 9610 WHITE BLUFF RD. APT# 1307 SAV,GA 31406. I AM CURRENTLY ENROLLED IN A BUSINESS ADMIN. ASSOCIATES DEGREE PROGRAM @ NORTHEASTERN TECHNICAL COLLEGE THROUGH THE FACILITY. I AM AT THE TO OF MY CLASS. I PLAN TO FURTHER MY EDUCATION BY COMPLETING THE ASSOCIATES PROGRAM AT A LOCAL TECHNICAL COLLEGE AND ALSO BY OBTAINING MY CDL DRIVERS LICENSE TO PURSUE A CAREER AS A COMMERCIAL TRUCK OWNER-OPERATOR. IN LIGHT OF MY CONDITIONS COVID -19 PUTS ME AT A , HIGHER THAN NORMAL , RISK OF DYING

Exhibit #1 and #2

10/12/20

Dear Sir or Madam:

RE: Freedom of Information Request.

Pursuant to the Freedom of Information Act, 5 U.S.C. 552, I herby request a copy of all medical records under the name of Tsaddiq Ndesha Chew (1246824) D.O.B 5-1-1989. I am requesting these files for non-commercial personal use as part of my criminal defense, pro se.

I request a waiver of the fees because my interest in the records is not commercial and disclosure of the information will contribute significantly in my case and the Courts understanding of my motion (motion 3582(C)1(A)).

I am expecting a response within 20 working days as provided by law. If my request is denied in whole or in part, I expect a detailed justification for withholding the records. I also request any segregable portions that are not exempt to be disclosed.

Thank you for your prompt attention to this Matter.

Very Truly Yours,

Tondesha Co
Tsaddiq N. Chew

RE: Fredom of Information Request

Pursuant to 28 USC Section 1746 I declare under penalty of perjury that the foregoing is true and correct

*[signature]*

Tsaddiq Ndesha Chew #19599-021
Bennettsville Federal
Correctional Institution
P.O. Box #52020
Bennettsville, S.C. 29512

10/12/20

Dear Sir or Madam:

RE: Freedom of Information Request.

Pursuant to the Freedom of Information Act, 5 U.S.C. 552, I hereby request a copy of <u>all medical records</u> under the name of Tsaddiq Ndesha Chew (P06@5430) DOB. 5-1-1989. I am requesting these files for non-commercial personal use as part of my criminal defense, pro se.

I request a waiver of the fees because my interest in the records is not commercial and disclosure of the information will contribute significantly in my case and the courts understanding of my motion. (Motion 3582 (c)1(A))

I am expecting a response within 20 working days as provided by law. If my request is denied in whole or in part, I expect a detailed justification for withholding the records. I also request any segregable portions that are not exempt to be disclosed.

Thank you for your prompt attention to this matter.

Very Truly Yours,

Tsaddiq Ndesha Chew

RE: Freedom of information Request.

Pursuant to 28 U.S.C. Section 1746 I declare under penalty of perjury that the foregoing is true and correct.

/s/ Isadoiq C.
ISADOIQ N. CHEW #19599-021
Bennettsville Federal
Correctional Institution
P.O. Box #52020
Bennettsville, SC 29512

# Certificate of Completion

This certifies that

**CHEW, NDESHA**

has successfully completed the

**InsideOut Dad® Program**

Conducted on

9th day   in   January, 2020

_Facilitator's Name/Signature_

Christopher A. Brown
President
NATIONAL FATHERHOOD INITIATIVE®

# CERTIFICATE OF COMPLETION

## FCI BENNETTSVILLE RECREATION DEPARTMENT

IS PRESENTED TO

## TSADDIQ CHEW

FOR SUCCESSFULLY COMPLETING THE 2 HOURS
HEALTH SEMINAR PHASE 1
FCI BENNETTSVILLE, SC

GIVEN ON THIS 24TH DAY OF AUGUST 2019

_____
R. SMITH, RECREATION SPECIALIST

# Certificate of Achievement

In honor of your outstanding involvement the
Psychology Services Department from the
Federal Correctional Institution Bennettsville, S.C.

presents

7S/ADD72 CA&W



With this official document for the completion of

## Drug Education

On this 30th day of August 2019

M. Cooper, GCDF
Drug Abuse Treatment Specialist

# Academic Excellence Award

This award is presented to

**Tsaddiq Chew**

For outstanding academic performance and placement on the

## Fall 2019 President's List

at Northeastern Technical College

on this nineteenth day of December, year two-thousand and nineteen.

*Kyle Wagner Ph.D.*

**Dr. Kyle Wagner**
College President

Case 4:15-cr-00182-WTM-CLR   Document 35-1   Filed 10/29/20   Page 10 of 15



CERTIFICATION OF COMPLETION

presented to

Chew, Isaddiq

In recognition of your completion of the Inmate Financial Responsibility Program.

Awarded this 12th day of June, 2020

S. Davis, Correctional Counselor

# unicor
*We're life-changing*

## Certificate of Completion

Presented to

*Tsaddiq Chew*

In recognition of your completion of the Preindustrial and Orientation Program
Awarded this 9th day of January 2019

Kristen Darley, Fabric Worker Supervisor
Jesup, Georgia

Robbie Gill, Factory Manager
Jesup, Georgia

# Certificate of Completion

*This certifies that*

## Tsaddiq Chew

*has satisfactorily completed all required coursework for the*

## Business Development

*Presented on January 9, 2019*



T. Farmer
Supervisor of Education

# Certificate of Completion

This certifies that

## Tsaddiq Chew

has satisfactorily completed all required coursework for the

## Money Smart

Presented on January 9, 2019



T. Farmer
Supervisor of Education



# Certificate of Completion

*This certifies that*

## Tsaddiq Chew

*has satisfactorily completed all required coursework for the*

## Real Estate

*Presented on January 9, 2019*



_____
T. Farmer
Supervisor of Education

# Certificate of Participation



**Presented to**

# CHEW

**For his enthusiastic performance
And participation in
Basic Leather Class**

**December 2018**

_____

D. Pritchard, S. S.